1  John P. Schnurer (CA Bar No. 185725)
   Kevin J. Patariu (CA Bar No. 256755)
2  Ryan B. Hawkins (CA Bar No. 256755)
   Louise Lu (CA Bar No. 253114)
3  PERKINS COIE LLP
   11988 El Camino Road, Suite 350
4  San Diego, CA 92130
   Telephone: (858) 720-5700
5  Facsimile: (858) 720-5799

6  Ryan J. McBrayer (admitted *pro hac vice*)
   Jonathan R. Putman (admitted *pro hac vice*)
7  Stevan R. Stark (admitted *pro hac vice*)
   PERKINS COIE LLP
8  1201 Third Avenue, Suite 4900
   Seattle, WA 98101
9  Telephone: (206) 359-8000
   Facsimile: (206) 359-9000
10
   Attorneys for Defendants
11 HTC CORP.
   HTC AMERICA, INC.
12

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15                           OAKLAND DIVISION

16

17 | KONINKLIJKE PHILIPS N.V.,         | Case No. 4:18-cv-01887-HSG
   | U.S. PHILIPS CORPORATION,         |
18 |                                    | JURY TRIAL DEMANDED
   |             Plaintiffs,            |
19 |                                    | **DEFENDANTS' CERTIFICATION OF
   |       v.                           | INTERESTED ENTITIES OR PERSONS**
20 |                                    |
   | HTC CORP.,                         |
21 | HTC AMERICA, INC.,                 |
   |                                    |
22 |             Defendants.            |

23        Pursuant to Federal Rule of Civil Procedure 7.1 and Civil Local Rule 3-15, Defendant
24 HTC Corporation states that it is a publicly traded corporation that has no parent corporation, and
25 no publicly held corporation owns 10% or more of its stock. Defendant HTC America Inc. states
26 that it is a wholly-owned subsidiary of HTC Corporation.
27        Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the
28

DEFENDANTS' CERTIFICATION OF            -1-            CASE NO. 18-CV-01887-HSG
INTERESTED ENTITIES OR PERSONS
140318768.1

named parties and potentially the parties to the other litigations filed by Plaintiff (where were or are pending in this District), there is no such interest to report.

DATED: June 20, 2018

                                        **PERKINS COIE LLP**

                                        By: */s/ Ryan J. McBrayer*
                                              Ryan J. McBrayer (*pro hac vice*)
                                              Jonathan R. Putman (*pro hac vice*)
                                              Stevan R. Stark (*pro hac vice*)
                                              PERKINS COIE LLP
                                              1201 Third Avenue, Suite 4900
                                              Seattle, WA 98101
                                              Telephone: (206) 359-8000
                                              Facsimile: (206) 359-9000

                                              John P. Schnurer (CA Bar No. 185725)
                                              Kevin J. Patariu (CA Bar No. 256755)
                                              Ryan B. Hawkins (CA Bar No. 256755)
                                              Louise Lu (CA Bar No. 253114)
                                              PERKINS COIE LLP
                                              11988 El Camino Road, Suite 350
                                              San Diego, CA 92130
                                              Telephone: (858) 720-5700
                                              Facsimile: (858) 720-5799

                                        *Attorneys for Defendants*
                                        *HTC CORP. and HTC AMERICA, INC.*