John Schnurer (Cal. Bar No. 185725)
Kevin Patariu (Cal. Bar No. 256755)
Ryan Hawkins (Cal. Bar No. 256146)
Louise Lu (Cal. Bar No. 256146)
PERKINS COIE LLP
11988 El Camino Real, Suite 350
San Diego, California, 92130
+1 (858) 720-5700
+1 (858) 720-5799 facsimile
htc-philipsperkinsservice@perkinscoie.com

Ryan McBrayer (pro hac vice)
Jonathan Putman (pro hac vice)
Stevan Stark (pro hac vice)
Antoine McNamara (Cal. Bar No. 261980)
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington, 98101
+1 (206) 359-8000
+1 (206) 359-9000 facsimile
htc-philipsperkinsservice@perkinscoie.com

Attorneys for Defendants HTC Corp. and
HTC America, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> HTC CORP., HTC AMERICA, INC., <br><br> Defendants. | Case No. 4:18-cv-01887-HSG <br><br> JURY TRIAL DEMANDED <br><br> **[PROPOSED] ORDER GRANTING HTC'S ADMINISTRATIVE MOTION REGARDING PHILIPS' MOTION TO PARTIALLY CONSOLIDATE CERTAIN MATTERS FOR TRIAL** |

Having considered HTC's Administrative Motion Regarding Philips Motion to Partially Consolidate Certain Matters for Trial and the supporting Declaration of Jonathan Putman, the Court rules that HTC's Administrative Motion is GRANTED.

IT IS SO ORDERED.

Date: _____8/8/2018_____

*Haywood S. Gilliam, Jr.*
Honorable Haywood S. Gilliam, Jr.
United States District Court Judge